**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Football Nation Holdings, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (if known) | **24-12453** |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $ **38,655.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................. $ **38,655.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ **47,346.65**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ **6,789,997.35**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b                                                                            $ **6,837,344.00**